IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SHARANN HILL**                                                                                    **PLAINTIFF**

**v.**                                         **CASE NO. 3:06CV00110 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                                                **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 10th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE